

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-07-00135-CR

_____


DANIEL LEE GERTH, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. 21169


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Daniel Lee Gerth appeals from his conviction for the offense of driving while intoxicated, with a child passenger. He was sentenced to two years' confinement in a state-jail facility. That sentence was suspended, and Gerth was placed on four years' community supervision. He was also assessed a fine of $1,500.00.

Gerth's notice of appeal was filed July 16, 2007. The clerk's record was filed November 26, 2007. The reporter's record was due November 13, 2007, and has not been filed. Gerth is not indigent. Therefore, he is responsible for paying for, or making arrangements to pay for, preparation of the appellate record. *See* TEX. R. APP. P. 35.3(a), (b).

On January 9, 2008, we mailed a letter to Gerth's retained counsel, stating that, if we did not receive information showing that Gerth was making a substantial and tangible effort to prosecute the appeal by showing either a reasonable attempt to obtain a reporter's record or by filing a brief based solely on the clerk's record within ten days of the letter, we would dismiss the appeal for want of prosecution. Gerth has not contacted this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); *Rodriguez v. State*, 970 S.W.2d 133 (Tex. App.—Amarillo 1998, pet. ref'd).


Bailey C. Moseley
Justice

Date Submitted:    January 30, 2008
Date Decided:     January 31, 2008

Do Not Publish